Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br>v.<br><br>Chipotle Mexican Grill, Inc.,<br><br>Defendant, | Civil Action No: 17-cv-00399-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kevin Zimmerman and Defendant, Chipotle Mexican Grill, Inc., hereby stipulate that the above-entitled action be dismissed with prejudice with each side to bear its own costs and fees.

/ / /

*/ / /*

*/ / /*

**RESPECTFULLY** submitted on this 18th day of May, 2017.

| | |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Renee M. Finch |
| Whitney C. Wilcher, Esq. | Renee M. Finch (Bar No. 13779) |
| THE WILCHER FIRM | MESSNER REEVES LLP |
| Nevada State Bar No. 7212 | 8945 W. Russel Road, Ste 300 |
| 8465 West Sahara Avenue | Las Vegas, NV 89148 |
| Suite 111-236 | cmeyer@messner.com |
| Las Vegas, NV 89117 | *Attorney for Defendant* |
| (702) 466-1959 | |
| Email: wcw@nevadaada.com | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS HERBY ORDERED, dismissing this action with prejudice with each side bearing its own costs and fees.

DATED                         May 22, 2017

                                   BY THE COURT:

                                 _____
                                 UNITED STATES DISTRICT COURT JUDGE